UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER ALLAN HOCKETT,<br><br>              Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>              Defendant. | Case No. C10-1515-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Walter Allan Hockett seeks review of the denial of his Supplemental Security Income and Disability Insurance Benefits applications.  Dkt. 3.  The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  Dkt. 19.

On remand, the Administrative Law Judge (ALJ) shall evaluate and weigh the medical evidence of record, including but not limited to the opinions of Jeffrey C. Steger, Ph.D.; Andrea Cookson, M.D.; Guthrie Turner, M.D.; and Muriel Handschy, A.R.N.P.  In addition, the ALJ shall re-assess Plaintiff's mental impairments, credibility, and residual functional capacity.  If necessary, the ALJ shall obtain additional vocational expert testimony.

Plaintiff is entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412,

REPORT AND RECOMMENDATION - 1

upon proper request to this Court.

Having reviewed the pleadings and the administrative record, the Court recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 31st day of May, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge